E-FILED
Friday, 11 December, 2020  02:43:23 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| BRENDA LEA ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-cv-3108 |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

Plaintiff's Motion for EAJA Fees Pursuant to 28 U.S. C. § 2412 (d/e 19) is ALLOWED.  Plaintiff is awarded $7,670 for attorney fees and expenses in full satisfaction of any and all claims for attorney fees and expenses that may be payable to Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States.  Astrue v. Ratliff, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the United States subject to the offset, Defendant will direct that the award be made payable to Plaintiff's

attorney pursuant to the EAJA assignment duly signed by Plaintiff and her

attorney.

ENTER:   December 11, 2020


_s/ Tom Schanzle-Haskins_
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE